FILED

04/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0648

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0648

MONTANA ENVIRONMENTAL
INFORMATION
CENTER and EARTHWORKS,

     Plaintiffs and Appellants,

    v.

OFFICE OF THE GOVERNOR FOR THE
STATE OF MONTANA,

     Defendant and Appellee.

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on April 12, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Here, the Appellant's filed opening brief does not contain the required appendix. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Apellant and to all

parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
April 12 2024